

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2025

No. 04-25-00364-CV

Charley **HAYES**,
Appellant

v.

**GREYSTONE BRIDGE BARRINGTON, LLC** d/b/a GBB La Silva,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025CV03754
Honorable Cesar Garcia, Judge Presiding

### ORDER

Sitting:    Adrian A. Spears II, Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 22, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2025

_____
Caitlin A. McCamish, Clerk of Court